**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DELAWARE MOTEL ASSOCIATES, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 17-cv-01715 |
| CAPITAL CROSSING SERVICING COMPANY LLC, et al., | ) ) ) | Hon. Matthew F. Kennelly |
| Defendants. | ) ) | |

## NOTICE OF MOTION

**TO**:  See Certificate of Service.

**PLEASE TAKE NOTICE** that on Wednesday, May 3, 2017, at 9:30 am Plaintiffs will appear through counsel before the Honorable Matthew F. Kennelly or any judge sitting in his stead in Courtroom 2103, U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60602, and present their **Motion for Leave to File Amended Complaint Instanter and to Name Additional Parties**, a copy of which is served upon you through Court Electronic Filing.

                                                  **PLAINTIFFS**
                                                  **DELAWARE MOTEL ASSOCIATES, INC.**
                                                  **INDEPENDENCE MANAGEMENT**
                                                  **ASSOCIATES, INC., C. PATEL CO. LLC**
                                                  **TURKEY FOOT LAKE ROAD LAND**
                                                  **HOLDINGS, LLC, CHAMPAKBHAI N.**
                                                  **PATEL, JASHVANTI C. PATEL**


                                                  /s/    Paul Caghan

PAUL CAGHAN (A.R.D.C. #3123213)
PAUL CAGHAN, P.C.
*Attorney for Plaintiffs*
300 North LaSalle Street
Suite 4925
Chicago, Illinois 60654
(773) 469-8724

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he properly provided by Electronic Court Filing, emailed or mailed a true and correct copy of the foregoing to the below-mentioned attorneys on April 18, 2017, proper postage and costs prepaid, deposited at Chicago, Illinois, before 5:00 pm, addressed as follows:

David Giles
SCHIFF HARDIN LLP
233 S. Wacker Drive
Suite 6600
Chicago, IL 60606


Robert D. Sweeney
RDS Law
111 W. Washington
Suite 1160
Chicago, IL 60602


James P. Sullivan
Chapman & Cutler LLP
111 West Monroe
Chicago, Illinois 60603


                                                /s/    Paul Caghan