IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DELAWARE MOTEL ASSOCIATES, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 17-cv-01715 |
| CAPITAL CROSSING SERVICING COMPANY LLC, et al., | ) ) ) | Hon. Matthew F. Kennelly |
| Defendants. | ) ) | |

### NOTICE OF FILING

**TO**:   See Certificate of Service.

    **PLEASE TAKE NOTICE** that on May 3, 2017, Plaintiffs through counsel filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604, the plaintiffs' *Amended Complaint*, a copy of which is served upon you through Court Electronic Filing.

                                          **PLAINTIFFS**
                                          **DELAWARE MOTEL ASSOCIATES, INC.**
                                          **INDEPENDENCE MANAGEMENT**
                                          **ASSOCIATES, INC., C. PATEL CO. LLC**
                                          **TURKEY FOOT LAKE ROAD LAND**
                                          **HOLDINGS, LLC, CHAMPAKBHAI N.**
                                          **PATEL, JASHVANTI C. PATEL**


                                      /s/     Paul Caghan

PAUL CAGHAN (A.R.D.C. #3123213)
LAW OFFICE OF PAUL CAGHAN, P.C.
*Attorney for Plaintiffs*
300 North LaSalle Street
Suite 4925
Chicago, Illinois 60654
(773) 469-8724
caghan @ ameritech.net

1

## CERTIFICATE OF SERVICE

     The undersigned, an attorney, certifies that he properly provided by Electronic Court Filing, emailed or mailed a true and correct copy of the foregoing to the below-mentioned attorneys on May 3, 2017, proper postage and costs prepaid, deposited at Chicago, Illinois, before 5:00 pm, addressed as follows:

| | | |
|---|---|---|
| **Mia D. D'andrea**<br>Chapman And Cutler Llp<br>111 W. Monroe St.<br>Chicago, IL 60603<br>(312) 845-3000<br>Not a member (fax)<br>dandrea@chapman.com<br> Assigned: 03/03/2017<br>  ATTORNEY TO BE NOTICED | representing | **Capital Crossing Holdings LLC**<br>*(Defendant)* |
| | | **Capital Crossing Servicing Company LLC**<br>*(Defendant)* |
| **John J. Duffy**<br>Donohue, Brown, Mathewson & Smyth<br>140 South Dearborn Street<br>Suite 700<br>Chicago, IL 60603<br>(312) 422-0900<br>Active (fax)<br>john.duffy@dbmslaw.com<br> Assigned: 03/20/2017<br>  LEAD ATTORNEY<br>  ATTORNEY TO BE NOTICED | representing | **Wolin & Rosen, Ltd.**<br>*(Defendant)* |
| **Chris C. Gair**<br>Gair Eberhard Nelson Dedinas Ltd<br>1 East Wacker Drive<br>Suite 2600<br>Chicago, IL 60601 | representing | **Lehman Brothers Bank, FSB**<br>*TERMINATED: 05/03/2017*<br>*(Defendant)* |

| | | |
|---|---|---|
| 312-600-4900<br>Active (fax)<br>cgair@gairlawgroup.com<br> *Assigned: 04/04/2017*<br> LEAD ATTORNEY<br> ATTORNEY TO BE NOTICED | | |
| | | **Lehman Brothers Holdings Inc.**<br>*TERMINATED: 05/03/2017*<br>*(Defendant)* |
| **Elissa L. Isaacs**<br>Culhane Meadows PLLC<br>30 S. Wacker Dr.<br>Suite 2200<br>Chicago, IL 60606<br>(312) 767-4470<br>Not a member (fax)<br>eisaacs@culhanemeadows.com<br> *Assigned: 03/09/2017*<br> ATTORNEY TO BE NOTICED | representing | **The State Bank of Texas**<br>*(Defendant)* |
| **Katherine Mojena**<br>Goodwin Procter LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>(617) 570-3983<br>Pro Hac Vice (fax)<br>kmojena@goodwinlaw.com<br> *Assigned: 04/27/2017*<br> PRO HAC VICE<br> ATTORNEY TO BE NOTICED | representing | **Capital Crossing Holdings LLC**<br>*(Defendant)* |
| | | **Capital Crossing Servicing Company LLC**<br>*(Defendant)* |

| | | |
|---|---|---|
| **Kristi Lynn Nelson**<br>Gair Eberhard Nelson Dedinas Ltd<br>1 East Wacker Drive<br>Suite 2600<br>Chicago, IL 60601<br>(312) 600-4900<br>Active (fax)<br>knelson@gairlawgroup.com<br> *Assigned: 04/04/2017*<br> *ATTORNEY TO BE NOTICED* | representing | **Lehman Brothers Bank, FSB**<br>*TERMINATED: 05/03/2017*<br>*(Defendant)* |
| | | **Lehman Brothers Holdings Inc.**<br>*TERMINATED: 05/03/2017*<br>*(Defendant)* |
| **Stephen O'Donnell**<br>Culhane Meadows PLLC<br>30 South Wacker Drive<br>Suite 2200<br>Chicago, IL 60606<br>(312)600-0305<br>Active (fax)<br>sodonnell@culhanemeadows.com<br> *Assigned: 03/09/2017*<br> *LEAD ATTORNEY*<br> *ATTORNEY TO BE NOTICED* | representing | **The State Bank of Texas**<br>*(Defendant)* |
| **Bradley Edward Puklin**<br>Donohue Brown Mathewson & Smyth<br>140 South Deaborn<br>Suite 800<br>Chicago, IL 60603<br>312-422-0980<br>Not a member (fax)<br>puklin@dbmslaw.com<br> *Assigned: 03/20/2017*<br> *ATTORNEY TO BE NOTICED* | representing | **Wolin & Rosen, Ltd.**<br>*(Defendant)* |

| | | |
|---|---|---|
| **James Rehnquist**<br>Goodwin Procter LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>(617) 570-1820<br>Pro Hac Vice (fax)<br>JRehnquist@goodwinlaw.com<br>  Assigned: 04/27/2017<br>  PRO HAC VICE<br>  ATTORNEY TO BE NOTICED | representing | **Capital Crossing Holdings LLC**<br>*(Defendant)*<br><br><br>**Capital Crossing Servicing Company LLC**<br>*(Defendant)* |
| **James Patrick Sullivan**<br>Chapman & Cutler<br>111 West Monroe Street<br>Suite 1600<br>Chicago, IL 60603<br>(312) 845-3000<br>Active (fax)<br>jsulliva@chapman.com<br>  Assigned: 03/03/2017<br>  LEAD ATTORNEY<br>  ATTORNEY TO BE NOTICED | representing | **Capital Crossing Holdings LLC**<br>*(Defendant)*<br><br><br>**Capital Crossing Servicing Company LLC**<br>*(Defendant)* |

/s/    Paul Caghan